UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case Nos. 08-012-M-01 |
| | : | |
| **GLORIA GONZALEZ PAZ** | : | |

**GOVERNMENT'S MOTION TO AMEND COMPLAINT**

The government hereby files this motion seeking to amend the Complaint in the above captioned matter. In support of this motion, the government states the following:

1. Defendant Paz appeared before United States Magistrate Judge Deborah Robinson on January 17, 2008 at which time she was advised that she had been charged by way of complaint for violating Title 18, United States Code, Sections 1028 (a)(2) and (f). The Complaint incorporated by reference an affidavit sworn to by Special Agent Sean Ryan of the Federal Bureau of Investigation, describing in more detail conduct related to the charged conspiracy that occurred from November 30, 2006 through December 6, 2007, and that was alleged by the government in support of the charge.

2. The Complaint document, however, incorrectly stated that the conduct occurred "on or about January 18, 2007 through February 2, 2007." Instead, the Complaint should have stated that the conduct occurred "on or about November 30, 2006 through December 6, 2007."

3. Defendant Paz was fully advised orally and in writing that the charge against her related to conduct that occurred between the dates contained in the attached Amended Complaint.

WHEREFORE, the government respectfully requests leave to file the attached Amended Complaint.

>Respectfully submitted,
>Jeffrey A. Taylor
>United States Attorney
>
>_____/s/_____
>Ellen Chubin Epstein, DC Bar #442861
>Susan B. Menzer, DC Bar #421007
>Assistant United States Attorneys
>Fraud & Public Corruption Section
>555 Fourth Street, N.W., Rm. 5255
>Washington, DC 20530
>(202) 514-9832