FILED

JAN 2 ? 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA          :
                                  :
          v.                      :          Case Nos. 08-012-M-01
                                  :
GLORIA GONZALEZ PAZ               :

### ORDER

Having considered the Government's Motion to Amend the Complaint, it is hereby

ORDERED, on this 22nd day of January, 2008, that the government may file the attached

Amended Complaint in the above captioned matter.

_____
Deborah A. Robinson
United States Magistrate Judge