AO442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

GLORIA GONZALEZ PAZ

## WARRANT FOR ARREST

CASE NUMBER: 08-012-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>GLORIA GONZALEZ PAZ</u>
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowing conspire to transfer an identification document, authentication feature, or false identification document knowing that such document or feature was stolen or produced without lawful authority.

in violation of Title __18__ United States Code, Section(s) <u>§ 1028(a)(2) and (f)</u>.

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at D/DC | | |
| DATE RECEIVED<br>01/17/08 | NAME AND TITLE OF ARRESTING OFFICER<br>W. Pollock, DUSM | SIGNATURE OF ARRESTING OFFICER<br>W. Pollock |
| DATE OF ARREST<br>01/17/08 | | |