AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_for the_ _____ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

v.

_Gloria Gonzalez Paz_

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 08-12M-01

FILED

FEB 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Gloria Gonzalez Paz_, charged in a (complaint) (petition) pending in this District with _transfer of unlawful identification document_ in violation of Title _18_, U.S.C., _1028_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

_February 15, 2007 2008_       _____
Date                            Counsel for Defendant