UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 1:08-mj-00012-DAR |
| GLORIA GONZALEZ PAZ : | |
| Defendant : | |

## LINE SUBSTITUTING APPEARANCE OF COUNSEL FOR DEFENDANT

Please enter the appearance of Aaron R. Caruso, Esquire, and the firm of Abod & Caruso, LLC on behalf of the Defendant and strike the appearance of Rudolph Acree, Jr., Esquire.

Respectfully submitted,

Aaron R. Caruso, Esquire, #433623
Abod & Caruso, LLC
401 N. Washington St. Ste. 550
Rockville, MD 20850
(301) 738-7665

Rudolph Acree, Jr., Esquire, #434873
1211 Connecticut Ave., NW, Ste. 506
Washington, DC 20036
(202) 331-1961