A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

    Plaintiff(s)   )
    )   **APPEARANCE**
    )
    vs.   )   CASE NUMBER 1:08-mj-00012-DAR
Gloria Gonzalez Paz   )
    )
    Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   **Aaron R. Caruso**   as counsel in this
    (Attorney's Name)

case for:   **Gloria Gonzalez Paz**
    (Name of party or parties)

03/21/08
Date

*[signature]*
Signature

433623
BAR IDENTIFICATION

Aaron R. Caruso, Esquire
Print Name

401 N. Washington St., #550
Address

Rockville, MD 20850
City   State   Zip Code

301-738-7665
Phone Number