UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | Magistrate No. 08-MJ-12 |
| | : | |
| v. | : | |
| | : | |
| GLORIA A. GONZALEZ-PAZ, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION FOR CONTINUANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, requests the Court to reschedule the status hearing currently scheduled for April 8, 2008. In support of its motion, the government submits the following:

1. On February 15, 2008, after defendant waived her right to a preliminary hearing, Magistrate Judge John M. Facciola scheduled a status hearing for April 8, 2008, before Magistrate Judge Deborah A. Robinson.

2. On February 15, 2008, Magistrate Judge Facciola also granted the parties' joint oral motion to exclude the time between February 15, 2008, and April 8, 2008, i.e., fifty-three (53) days, in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act. The parties explained that this additional time was required to explore the possibility that this case may be disposed without the necessity of presenting the matter to the grand jury.

3. Assistant U.S. Attorney Susan B. Menzer and counsel for defendant, Aaron R. Caruso, Esq., spoke on April 3, 2008, and agreed that more time is needed to discuss a pre-indictment disposition of this matter. Therefore, the parties seek a continuance of the April 8,

2008 status hearing until April 15, 2008. Both parties are available on April 15, 2008, at 1:30 p.m.

WHEREFORE the parties jointly request a continuance of the status hearing from April 8, 2008, to April 15, 2008, at 1:30 p.m. The parties also jointly request that the Court find that the interests of justice will be served by excluding an additional seven (7) days in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney for
the District of Columbia

By:     /s/
ELLEN CHUBIN EPSTEIN
SUSAN B. MENZER
Assistant United States Attorneys
(202) 514-9832
Ellen.Chubin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, a copy of the foregoing was served by fax upon counsel for defendant, Aaron R. Caruso, Esq., FAX (301) 610-0510.

     /s/
Ellen Chubin Epstein
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | Magistrate No. 08-MJ-12 |
| | : | |
| **v.** | : | |
| | : | |
| **GLORIA A. GONZALEZ-PAZ,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Joint Motion to Continue the status hearing currently scheduled for April 8, 2008 to April 15, 2008,

IT IS HEREBY ORDERED that, the status hearing is rescheduled for April 15, 2008 at 1:30 p.m.

IT IS FURTHER HEREBY ORDERED that, in the interest of justice, seven (7) additional days shall be excluded in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act.

SO ORDERED this _____ day of _____, 2008.

_____
U.S. MAGISTRATE DISTRICT JUDGE

cc:    Ellen Chubin Epstein
       Assistant United States Attorney
       Fraud and Public Corruption Section
       555 4th Street, N.W.
       Washington, D.C. 20530

Aaron R. Caruso, Esq.
Abod & Caruso LLC
401 N. Washington St., Suite 550
Rockville, MD 20850