**FILED**
**APR - 4 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | Magistrate No. 08-MJ-12 |
| v. | : | |
| GLORIA A. GONZALEZ-PAZ, | : | |
| Defendant. | : | |

### ORDER

Upon consideration of the Joint Motion to Continue the status hearing currently scheduled for April 8, 2008 to April 15, 2008,

IT IS HEREBY ORDERED that, the status hearing is rescheduled for April 15, 2008 at 1:30 p.m.

IT IS FURTHER HEREBY ORDERED that, in the interest of justice, seven (7) additional days shall be excluded in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act.

SO ORDERED this _4th_ day of _April_, 2008.

_____
U.S. MAGISTRATE DISTRICT JUDGE

cc: Ellen Chubin Epstein
   Assistant United States Attorney
   Fraud and Public Corruption Section
   555 4th Street, N.W.
   Washington, D.C. 20530